IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL SOTO,<br><br>    Petitioner,<br><br>vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | No. C 12-4194 LHK (PR)<br><br>JUDGMENT |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 11/6/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\HC.12\Soto194jud2.wpd